RECEIVED

JUN 3 0 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| GERTIE BURRELL AND MARVIN BURRELL | CIVIL ACTION NO. 6:16-cv-00431 |
| VERSUS | JUDGE DOHERTY |
| HARTFORD FIRE INSURANCE COMPANY, RENT-A-CENTER, INC., AND DAVID MILTON, JR. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this matter is remanded to the 16th Judicial District Court, Iberia Parish, Louisiana, for lack of subject-matter jurisdiction, consistent with the report and recommendation.

Lafayette, Louisiana, this 30 day of June, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE